# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BISMARCK A. OBANDO, | |
| *Petitioner*, | 3:08-cv-00565-ECR-RAM |
| vs. | ORDER |
| WILLIAM DONAT, *et al.*, | |
| *Respondents*. | |

Petitioner's motion (#28) for an enlargement of time is GRANTED; and, taking into account counsel's paternity leave and deadlines before and after said leave, the time for petitioner to file a reply to the answer is extended up to and including May 23, 2011.

DATED: this 15th day of April 2011.

_____
EDWARD C. REED
United States District Judge