AO 450 (Rev. 5/85)  Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

*****　　　　　DISTRICT OF    NEVADA

BISMARK A. OBANDO,

　　　　　Petitioner,　　　　　　JUDGMENT IN A CIVIL CASE

　　V.

　　　　　　　　　　　　　CASE NUMBER: **3:08-CV-00565-ECR-WGC**

WILLIAM DONAT, et al.,

　　　　　Respondents.


___　　**Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___　　**Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

**X**　　**Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

　　　　**IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus (Dkt. No. 15) is DENIED and this action is DISMISSED with prejudice on the merits.


　　February 23, 2011　　　　　　　　**LANCE S. WILSON**
　　　　　　　　　　　　　　　　　　　Clerk


　　　　　　　　　　　　　　　　/s/ Katie Lynn Ogden
　　　　　　　　　　　　　　　　Deputy Clerk